IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DEBORAH LAUFER, Individually,  :

        Plaintiff(s),

v.  : Case No.: 1:20-cv-00485-LJV

HARIPRIYA, INC.

        Defendant.

## NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and his counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant.

Dated: July 25, 2022
Williamsville, New York

/s/ Jonathan E. Staehr
Jonathan E. Staehr, Esq.
Of Counsel to Thomas B. Bacon, P.A.
2805 Wehrle Drive, Ste. 13
Williamsville, NY 14221
Phone No. 716.631.7250
Fax No.: 716.929.3333
jstaehr@roadrunner.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2022 I electronically filed the foregoing Notice of Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i) with the Clerk of the Court by using the CM/ECF System, which sent notice of such filings to all parties.

/s/ Jonathan E. Staehr
Jonathan E. Staehr, Esq.